CHERNEY (J. W.) and another, Respondents, vs. SIMONIS and another, imp., Appellants.

*January 7—February 4, 1936.*

For the appellants there was a brief by *Richmond, Jackman, Wilkie & Toebaas* of Madison and *Goggins, Brazeau & Graves* of Wisconsin Rapids, and oral argument by *Ray B. Graves.*

*Chas. E. Briere* of Wisconsin Rapids, for the respondents.

PER CURIAM. The case was tried with and is ruled by the decision in *Cherney (Henrietta) v. Simonis, ante,* p. 339, 265 N. W. 203.

The judgment of the circuit court is affirmed.